IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00007-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE LUIS VALLES-CARDIEL,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's waiver of Indictment, and the Court finding that Defendant's waiver has been made freely and voluntarily:

IT IS HEREBY ORDERED that Defendant's waiver of the right to prosecution by Indictment is accepted and the case will proceed on the Information that has been filed.

DATED and ENTERED this _13th_ day of March, 2009.

BY THE COURT:

_____
PHILIP A. BRIMMER
UNITED STATES DISTRICT JUDGE